UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TARA SHAIA,

    Plaintiff,

    v.

HARVEST MANAGEMENT SUB LLC,

    Defendant.
_____/

No. C 14-4495 PJH

**ORDER**

The complaint in the above-entitled action was filed on October 8, 2014. On November 12, 2014, plaintiff filed a motion for conditional certification of an FLSA collective action, noticing the hearing for December 17, 2014. As the parties have not yet appeared for the initial case management conference, and no pretrial schedule has been set, the court finds that further briefing of this motion should be STAYED. The December 17, 2014 hearing date is VACATED. The court will impose a new schedule at the January 22, 2015 initial case management conference.

**IT IS SO ORDERED.**

Dated: November 13, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge