UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TARA SHAIA,

        Plaintiff,

    v.

HARVEST MANAGEMENT SUB LLC,

        Defendant.

Case No. 14-cv-4495-PJH

**ORDER**

No later than November 2, 2015, the parties shall file a joint statement, advising the court of the current status of the case, including the result and/or status of the mediation and any progress towards settlement, the distribution of the notice of the collective action, and whether it would be advisable for the court to conduct a further case management conference.

**IT IS SO ORDERED.**

Dated: October 26, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge